UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADELINE GRULLON, Individually and as Parent and Natural Guardian of C.B., et al.,<br><br>     Plaintiff(s),<br><br>-against-<br><br>DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education, et al.,<br><br>     Defendant(s). | 23-CV-5797 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  The Court has received an application from Plaintiffs for declaratory judgment and pendency order/automatic injunction in connection with their claim for funding for the 2023-2024 school year under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400. The Court orders Defendants to respond to Plaintiffs' application by Friday, July 21, 2023. The Court directs Plaintiffs to serve this order today on Defendants, and to file an affidavit reflecting such service on the docket of this case by the close of business on Friday, July 14, 2023.

Dated: July 13, 2023
   New York, New York

              SO ORDERED.

              *Jessica Clarke*

              JESSICA G. L. CLARKE
              United States District Judge