UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MADELINE GRULLON, Individually and as Parent and Natural Guardian of C.B., et al.,

                Plaintiffs,

-against-

DAVID C. BANKS, in his Official Capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

23-CV-5797 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      On July 18, 2023, Defendants filed a letter motion addressed to multiple judges in this district, as well one judge in the Eastern District of New York, requesting that five multi-party cases brought in the Southern and Eastern Districts on July 6, 2023 by the Brain Injury Rights Group be consolidated and summarily dismissed. The Court is in receipt of Plaintiffs' July 21, 2023 letter in response to Defendants' letter motion. The Court is also in receipt of Defendants' motion to dismiss, filed on July 21, 2023.

      It is hereby ORDERED that counsel for the parties appear for a conference with the Court on **August 1, 2023** at **2:30 p.m.** The conference will be held before Judge Clarke in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

      Counsel for the parties should be prepared to discuss Defendants' request to consolidate Plaintiffs' actions and a briefing schedule for Defendants' motion to dismiss. Counsel for Defendants should be prepared to discuss whether they dispute Plaintiffs' requested Pendency Orders. If Defendants have yet to reach a position on Plaintiffs' requested Pendency Orders, Defendants must inform the court when they expect to arrive at such a determination.

Dated: July 25, 2023
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge