UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADELINE GRULLON, Individually and as Parent and Natural Guardian of C.B., et al.,<br><br>                      Plaintiffs,<br><br>-against-<br><br>DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education, et al.,<br><br>                      Defendants. | 23-CV-5797 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

      As discussed at the October 31, 2023 conference, all of the requested relief that Plaintiff R.N. was seeking in this matter has now been provided. Thus, Plaintiff R.N.'s claims are moot. Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case.

Dated: October 31, 2023
       New York, New York

                                                SO ORDERED.

                                                *Jessica Clarke*
                                                JESSICA G. L. CLARKE
                                                United States District Judge